IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VIANDS CONCERTED, INC.,

    Plaintiff,

vs.

Case No. C2-08-914
Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel

RESER'S FINE FOODS, INC.,
    et al.,

    Defendants.

## ORDER

Plaintiff Viands Concerted, Inc.'s Motion to Strike Excess Pages of Memorandum in Opposition Filed by Defendant Harris Food Group and Defendant Craig Linton is **DENIED WITHOUT PREJUDICE**. Defendants Harris Food Group and Craig Linton are hereby **ORDERED** to re-file and substitute their Memorandum in Opposition with the required table of contents and summary consistent with S.D. Ohio Civ. R. 7.2(a)(3) on or before **DECEMBER 4, 2008**. Failure to do so will result in the Court granting Plaintiff's Motion.

IT IS SO ORDERED.

12-2-2008
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE