IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VIANDS CONCERTED, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:08-cv-00914 |
| | ) |
| vs. | ) JUDGE EDMUND A. SARGUS |
| | ) |
| RESER'S FINE FOODS, INC., et al., | ) MAGISTRATE JUDGE MARK R. ABEL |
| | ) |
| Defendants. | ) **STIPULATION OF DISMISSAL** |

Now come the parties, by and through counsel, and hereby notify this Court that all claims asserted by Plaintiff Viands Concerted, Inc. against Defendants Reser's Fine Foods, Inc., Harris Food Group, Inc., David Craig Linton, and Mark A. Reser are hereby dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will pay its own costs.

                                        Respectfully submitted,
                                        s/ Gregory H. Melick
                                        _____
                                        Gregory H. Melick     (0065694)
                                        *Attorneys for Plaintiff*
                                        Luper Neidenthal & Logan
                                        A Legal Professional Association
                                        50 West Broad Street, Suite 1200
                                        Columbus, OH 43215-3374
                                        Telephone:  (614) 221-7663
                                        Fax:  (866) 345-4948
                                        E-mail:  gmelick@lnlattorneys.com

| | |
|---|---|
| s/ Anthony Paganelli by s/Gregory Melick<br>per e-mail authorization<br>_____<br>F. Anthony Paganelli<br>*Attorney for Defendants Reser's Fine Foods, Inc.*<br>*and Mark A. Reser*<br>Taft, Stettinius & Hollister LLP<br>One Indiana Square, Ste. 3500<br>Indianapolis, IN 46204<br>Telephone:  (317) 713-3500<br>Fax:  (317) 713-3573<br>E-mail:  tpaganelli@taftlaw.com | s/ Jeffrey Luper by s/Gregory Melick<br>per e-mail authorization<br>_____<br>Jeffrey George Rupert (0064906)<br>Erika J. Schoenberger (0077808)<br>*Attorneys for Defendants Harris Food Group, Inc.*<br>*and David Craig Linton*<br>Frost Brown Todd, LLC<br>10 W. Broad St., Ste. 1000<br>Columbus, OH 43215-3467<br>Telephone:  (614) 464-1211<br>Fax:  (614) 464-1737<br>E-mail:  jrupert@fbtlaw.com<br>E-mail:  eschoenberger@fbtlaw.com |